**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(Newark Vicinage)**

| | |
|---|---|
| PRODIGY FINANCE CM2021-1 DAC,<br><br>Petitioner,<br><br>v.<br><br>EZGI KURT,<br><br>Respondent. | Case No. 2:25-CV-15163 |

**ORDER**

On this 18th day of September, 2026, I hereby ORDER that Petitioner Prodigy Finance CM2021-1 DAC's Renewed Motion for Default Judgment is GRANTED. Respondent Ezgi Kurt has not filed an answer or otherwise moved with respect to the complaint herein. The Clerk of Court entered Default for want of answer or other defense on December 29, 2025. I have reviewed the materials submitted by Petitioner in support of its Renewed Motion for Default Judgment and ORDER that JUDGMENT in the amount of $118,659.24 be entered against Ezgi Kurt.

The Honorable Michael E. Farbiarz
United States District Judge